IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 01-077

2001 MT 7A

_____

CHANSE L. REECE, )

)

Petitioner, )

v. ) O R D E R

)

MONTANA DEPARTMENT OF CORRECTIONS, )

)

Respondent. )

_____

Respondent having filed a motion to correct the opinion and order filed in this cause on February 6, 2001, and the Court having considered the same,

IT IS ORDERED that the final paragraph of the opinion and order in the above-entitled cause is hereby deleted and the following paragraph is ordered to be substituted in its place:

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail

to Chanse L. Reece, 75 Heath Road, Shelby, Montana 59474; to David L. Ohler, Special Assistant Attorney General, Department of Corrections, P. O. Box 201301, Helena, Montana, 59620-1301; and to the Judges of the Eighth Judicial District.

DATED this 22nd day of February, 2001.

/S/ KARLA M. GRAY

/S/ W. WILLIAM LEAPHART

/S/ JAMES C. NELSON

/S/ JIM REGNIER

/S/ TERRY N. TRIEWEILER

/S/ PATRICIA COTTER